IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:12cr142-MHT** |
| | ) | (WO) |
| **KIMBERLY LASHUN FLOWERS** | ) | |

**ORDER**

Based on the evidence presented at the hearing on June 24, 2016, and with regard to the noncompliance report (doc. no. 42), it is ORDERED as follows:

(1) Defendant Kimberly Lashun Flowers shall continue treatment and mental-health sessions at least once a month for an additional six months, recognizing that defendant Flowers is normally off work on Fridays and that sessions should be scheduled on Fridays whenever possible.

(2) Defendant Flowers shall continue to take her psychiatric medications as prescribed, and also take any new medication or dosage for at least 30 days to gauge its effects before concluding it should be changed.

(3) On or before the first Tuesdays of September 2016 and January 2017, after conferring with defendant Flowers, defense counsel, and all physicians and mental-health professionals providing mental-health treatment to defendant Flowers, defendant Flowers's probation officer shall report to the court whether, to the best of the officer's knowledge, defendant Flowers is taking her medication and that her medication dosages are appropriate.

(4) Defendant Flowers's probation officer shall arrange for the described mental-health treatment and sessions for defendant Flowers and shall immediately report to the court should she fail to attend her sessions as required.

(5) Defendant Flowers shall advise her probation officer immediately if she runs out of medication or feels that her medication or dosages need to be adjusted so as to prevent her from going without treatment.

(6) Defendant Flowers is to advise her probation

officer as far in advance as possible of any potential scheduling conflicts between her employment and her mental-health treatment sessions, or any other conflicts with her treatment sessions.

(7) Defendant Flowers and defense counsel are to notify any new mental-health providers of the comprehensive diagnosis and report provided by Dr. Adriana L. Flores, so that they may be fully versed in all aspects of her condition and required treatment.

DONE, this the 30th day of June, 2016.

                                                    /s/ Myron H. Thompson
                                              **UNITED STATES DISTRICT JUDGE**